IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-11565-C

_____

SEAN P. REILLY,

                                                 Petitioner-Appellant,

versus

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

                                                 Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER:

Sean Reilly moves for a certificate of appealability and leave to proceed on appeal *in forma pauperis* in order to appeal the district court's dismissal of his 28 U.S.C. § 2254 petition for lack of jurisdiction. Reilly's motion for a COA is DENIED AS UNNECESSARY. *See Hubbard v. Campbell*, 379 F.3d 1245 (11th Cir. 2004).

The motion for leave to proceed *in forma pauperis* is GRANTED.

                                                                             /s/ Robert J. Luck
                                                        UNITED STATES CIRCUIT JUDGE