# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-11565

_____

SEAN P. REILLY,

                                  Petitioner-Appellant,

versus

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

                                  Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:20-cv-00145-TKW-EMT

_____

ORDER:

2          Order of the Court          21-11565

    On the Court's own motion, the Court directs counsel to be appointed to represent the appellant in this appeal. Counsel will be appointed by separate order.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION