In the

# United States Court of Appeals

## For the Eleventh Circuit

———————————

No. 21-11565

———————————

SEAN P. REILLY,

Petitioner-Appellant,

*versus*

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

Respondent-Appellee.

———————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:20-cv-00145-TKW-EMT

———————————

ORDER:

2                      Order of the Court                    21-11565

       The June 20, 2023 Order sua sponte appointing counsel is hereby VACATED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION