**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                          In Replying Give Number
Clerk                                                                                                      Of Case and Names of Parties

September 25, 2023

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JANUARY 22, 2024, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**
*Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email
**Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #8.***

| | |
|---|---|
| 22-12862 | Charles Cornelius v. Rollins Ranches, LLC (REVISED ARGUMENT DATE) |
| 22-13311 | United States v. Orestes Hernandez (REVISED ARGUMENT DATE) |
| 20-14717 | Jackenson Constant v. United States (REVISED ARGUMENT DATE) |
| 22-11543 | United States v. William Gross, Jr. (REVISED ARGUMENT DATE) |
| 22-13798 | Keith Stansell, et al. v. Samark Bello, et al. (REVISED ARGUMENT DATE) |
| 21-14071 & 21-14074 | Compulife Software Inc. v. Moses Newman, et al. (REVISED ARGUMENT DATE) |
| 19-15168, 20-11137 & 21-13593 | United States v. Byramji Javat, et al. |
| 22-11675 | Maria Montefu Acosta v. Miami-Dade County, et al. |
| 21-11565 | Sean Reilly v. Secretary, Department of Corrections |
| 22-13763 | Sara Watts v. Joggers Run Property Owners Association, Inc. |
| 22-10811 | ECB USA, Inc., et al. v. Chubb Insurance Company of New Jersey, et al. |
| 22-12366 | Eric Romano, et al. v. John Hancock Life Insurance Company (USA) |
| 22-14057 | Purpose Built Families Foundation, Inc. v. United States, et al. |
| 23-11349 | United States v. Haitham Alhindi |